**Roderico Ramirez RODRIGUEZ, Individually and as Father and Natural Guardian of J.L.R.P., minor, Plaintiff–Appellant,**

v.

**John F. KERRY, Secretary of State, U.S. Department of State; Janet Napolitano, Secretary, U.S. Department of Homeland Security; Donald Neufeld, Associate Director, U.S.C.I.S. Service Center Operations Directorate, Defendants–Appellees.**

No. 13–1223.

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2013.

Decided: Aug. 6, 2013.

James A. Satcher, Jr., Rome, Georgia, for Appellant. Stuart F. Delery, Acting Assistant Attorney General, Jeffrey S. Robins, Assistant Director, Craig A. De-foe, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondents.

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderico Ramirez Rodriguez appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction under the doctrine of consular nonreviewability and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rodriguez Ramirez v. Clinton,* * Case No. 5:12–cv–00252–BR, 2013 WL 227732 (E.D.N.C. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* On appeal, John F. Kerry has been substituted for his predecessor, Hillary Rodham Clinton, as Secretary of State. *See* Fed. R.App. P. 43(c)(2).